# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| } | |
| v.  } | Case No.: 6:22-cr-358-ACA-SGC |
| } | |
| MARIO JERRELL PREWITT, } | |
| } | |
| Defendant. } | |

## ORDER

On May 12, 2023, the magistrate judge entered a report recommending that the court grant Defendant Derris Devon Sledge's motion to suppress. (Doc. 48). The magistrate judge notified the parties of their right to file objections within fourteen days. (*Id.* at 40–41). The time for objections has passed, and the government has not filed objections.

Having received no objections, and after careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **GRANTS** Mr. Prewitt's motion to suppress. (Doc. 18).

**DONE** and **ORDERED** this June 27, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE